# MINUTE ORDER

Page 4

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor         Date: 8/6/2021     Time: 1:30 p.m.

Defendant: **NAMAN WAKIL**     J#: 02427-506     Case #: 21-CR-20406-WILLIAMS
AUSA: Michael Berger     Attorney: Stephen J. Binhak
Violation: CONSP/COMMIT OFFENSE AGAINST THE U.S./FOREIGN CORRUPT PRACTICES ACT     Surr/Arrest Date:     YOB: 1961

Proceeding: PTD     CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:
Bond Set at:     Co-signed by:

- ☒ **Surrender and/or do not obtain passports/travel docs**
- ☒ **Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person**
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☒ Not to encumber property
- ☒ May not visit transportation establishments
- ☒ **Home Confinement/GPS Monitoring and/or** Curfew ___ pm to ___ am, **paid by Defendant**
- ☒ **Allowances: Medical needs, court appearances, attorney visits, religious, employment**
- ☐ Travel extended to: ___
- ☒ **Other:** No access to private plane

Language: Spanish

Disposition:
**Brady warning already given**
RRC/ARR 8/18

Defendant consented to appear via video

***STIP $50 million dollar personal surety bond and $21.3 million cash bond to be deposited into the registry of the Court (amount may need to be changed depending on the approximate amount)***

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:35:14/14:32:44     Time in Court: 45 mins

s/Lauren F. Louis                    Magistrate Judge