# COURT MINUTES

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor     Date: 9/29/21     Time: 10:00 a.m.

Defendant: Nathan Wakil     J#: (B)     Case #: 21-20406-CR-WILLIAMS/MCALILEY

AUSA: Michael Berger     Attorney: Stephen Binhak (Temp)

Violation: CONSP/COMMIT AN OFFENSE AGAINST THE U.S./FOREIGN CORRUPT PRACTICES ACT

Proceeding: REPORT RE: CNSL/ARRAIGNMENT     CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:

Bond Set at: $50 Million PSB w/$21.3 Million cash (stip)     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:
Brady warning already given; Stephen James Binhak appeared as temp cnsl

Counsel requests a continuance of the RRC & ARR thru 10/13/21; granted

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

*Report RE Counsel:*    10/13/21    10:00 a.m.    Duty/Miami

PTD/Bond Hearing:

*Arraignment:*    10/13/21    10:00 a.m.    Duty/Miami

Status Conference RE:

D.A.R. 10:08:38     Time in Court: 5 mins