# COURT MINUTES

Page 1

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor          Date: 10/27/21    Time: 10:00 a.m.

Defendant: Naman Wakil           J#: Bond           Case #: 21-20406-CR-WILLIAMS/McALILEY

AUSA: Michael Berger           Attorney: Stephen Binhak, ~~Temporary Counsel~~ PERM

Violation: Consp to Commit Offense against U.S. & Money Laundering, Foreign Corrupt Practices Act, Intl Laundering of Monetary Instr

Proceeding: ~~Report Re: Counsel,~~ Arraignment           CJA Appt:

Bond/PTD Held: ☐ Yes  ☒ No    Recommended Bond:

Bond Set at: $50 million psb with $21.3 million cash deposit    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: Spanish

Disposition:
Report Re: Counsel hearings held on 8/18; 9/1, 9/15, 9/29 and 10/13
• Def consents to JTC.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested
• Def arraigned

• Brady given

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 10:03:28           Time in Court: 4 mins