**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-CR-20406-WILLIAMS**

United States of America.
      Plaintiff,

vs.

Naman Wakil,
      Defendant.
_____/

**ORDER SETTING PRE-TRIAL SCHEDULE AND PROCEDURES**

This case is set for trial during the **two-week trial calendar beginning on December 20, 2021**. If the case cannot be tried during this two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. **All counsel must be present for the Video Zoom Calendar Call at 11:00 a.m. on December 14, 2021**, in Courtroom 11-3 of the United States Courthouse, 400 N. Miami Avenue, Miami, Florida.

    **I.**    **Discovery**

    1.    All responses to the Standing Discovery Order and/or Local Rule 88.10 shall be provided in a timely fashion. Failure to provide timely discovery absent prior approval of the Court for an extension of time may result in the imposition of sanctions, including exclusion of evidence.

    2.    Fed. R. Evid. 404(b) notices <u>shall</u> include in writing a specific factual description of the general nature of the extrinsic evidence sought to be introduced.

    **II.**    **Motions**

    1.    Pre-trial motions in criminal cases shall comply with Local Rule 88.9. Motions in criminal cases shall be filed **within 28 days** from the arraignment of the defendant to whom the motion applies, except that motions arising from a post-

arraignment event shall be filed within a reasonable time after the event. Responses to motions shall be filed by the deadline set by Local Rule 7(c)(1).

2. Unless otherwise indicated, motions will not be referred to a magistrate judge.

3. All motions shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion as required by Local Rule 88.9.

4. All motions for continuance must be in writing and filed at least 48 hours prior to the Calendar Call. **Notices of unavailability will not be construed as motions to continue or otherwise operate to change the Court's schedule in any way.**

5. Motions in limine also must be filed in writing prior to the Calendar Call.

**III.     Pre-Trial**

1. The parties shall submit proposed *voir dire* questions, proposed jury instructions, and lists of proposed exhibits prior to the Calendar Call. Eleventh Circuit Pattern Jury Instructions shall be used unless otherwise noted. In addition, counsel shall provide the Court with a Microsoft Word or WordPerfect compatible disk incorporating the proposed jury instructions and verdict forms.

2. All requests for Writs Ad Testificandum must be filed not later than fourteen (14) business days prior to the first day of the scheduled trial period to ensure adequate time for processing.

3. If either party seeks to introduce transcripts at trial, the moving party shall present a copy to all counsel not less than ten (10) days prior to the scheduled trial date. If a transcript cannot be agreed upon, each party shall produce their own version of the

transcript for presentation to the trier of fact.  Government counsel shall notify the case agent/client agency of this requirement.

4. Counsel are instructed that arrangements for appropriate clothing for Defendants in custody must be made with the Bureau of Prisons prior to the scheduled trial date.

5. Counsel are instructed to notify the Court if an interpreter is required at least 24 hours prior to any hearing or trial.

6. All exhibits which will be offered into evidence must be pre-labeled in accordance with the proposed exhibit list.  Exhibit labels shall include the case number.

DONE AND ORDERED in chambers in Miami, Florida, this <u>4th</u> day of November 2021.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copy to:
Counsel of Record