**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CR-20406-KMW**

**UNITED STATES OF AMERICA**

vs.

**NAMAN WAKIL,**

      **Defendant.**

_____/

**UNITED STATES RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order.  This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.

1.    The government is unaware of any written statement made by the defendant to law enforcement.

2.    The government is unaware of any oral statement made by the defendant to any person known by the defendant to be law enforcement.

3.    No defendant testified before the Grand Jury.

4.    A copy of the defendants' NCIC is included.

5.    Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 99 Northeast 4th Street, Miami, Florida, 6th Floor.  Please call the undersigned to set up a date and time that is convenient to both parties. The undersigned will tentatively set the date for December 13, 2021 at 2:00 p.m.  Please call the undersigned with 48-hours notice if you intend to review the evidence at this date and time.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

6.     There were no physical or mental examinations or scientific tests or experiments made in connection with this case.

B.     DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.     The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D.     The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E.     The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F.     No defendant was identified in a lineup, show-up or photo spread.

G.     The government has advised its agents and officers involved in this case to preserve all rough notes.

H.     The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

The indictment contains allegations that the defendant paid bribes to Venezuelan Officials 1 and 2 (senior officials at Venezuela's state-owned food company called CASA) from 2010 to 2014 and then laundered the proceeds of those bribes into the Southern District of Florida in later years. The government may introduce evidence that the defendant paid bribes to previous senior officials at CASA in the years from 2007 to 2010. The government believes that such evidence, and the manner it would be introduced at trial, constitutes inextricably intertwined evidence, but mentions it here in an abundance of caution.

The indictment contains allegations that the defendant paid bribes to Venezuelan Official 3 (senior official at Petromiranda) and Venezuelan Official 4 (senior official at Petropiar) from 2014 through 2017. The government may introduce evidence that the defendant paid bribes to other officials at Petromiranda and Petropiar during this period. The government believes that such evidence, and the

manner in which it would be introduced at trial, constitutes inextricably intertwined evidence, but mentions it here in an abundance of caution.

I.     The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.     The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.     No contraband is involved in this indictment.

L.     The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.     The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant(s).

N.     The government has not received a request for disclosure of the subject-matter of expert testimony that the government reasonably expects to offer at trial. The government does not intend to offer any expert testimony at trial.

O.     The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

P.     At the discovery conference scheduled in Section A.5, above, the government will seek written stipulations to agreed facts in this case, to be signed by the defendant and defense counsel.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

Please find attached to this response an index with a production log setting forth the documents being produced.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   <u>s/Michael N. Berger</u>
MICHAEL N. BERGER
Assistant United States Attorney
Court No. A5501557
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9445
Fax: (305) 536-4699

4

**Discovery Index -- United States v. Naman Wakil, 21-20406-CR-KMW**

**Email Production (CONFIDENTIAL)**

| Folder | Description | Bates Range |
|--------|-------------|-------------|
| | Search warrant returns for: <br><br> • 19-MJ-9748 – Accounts of originalrexca@gmail.com and rex21087@gmail.com; <br><br> • 20-MJ-3134 – Accounts of Edward.perez362@gmail.com, gahgmaster@gmail.com, guillermohalguerag@gmail.com, rodmaros@gmail.com, and velasquezmj62@gmail.com | GEM-S-00000001 – GEM-S-00170103 |
| | Search warrant returns for: <br><br> • 20-MJ-2146 – Accounts of aavadis@gmail.com, natacha.wakilprop@gmail.com, rafaelciarcia@gmail.com, sb7america@gmail.com, and wakilfrigi@gmail.com <br><br> • 20-MJ-3134 – Accounts of Edward.perez362@gmail.com, gahgmaster@gmail.com, guillermohalmoguerag@gmail.com, rodmaros@gmail.com, velasquezmj62@gmail.com <br><br> • 20-MJ-3842 – Account of czosorio@hotmail.com | GEM-00000001 – GEM-00564195 <br><br> GEM-00564196 – GEM-01166898 <br><br> MED-00000001 – MED-00015086 |

**Search Warrants Folder**

| Folder | Contents & Description |
|---|---|
| Search Warrants | • 19-mj-9748 – Search warrant for originalrexca@gmail.com & rex210875@gmail.com<br><br>• 20-mj-2146 – Search warrant for aavadis@gmail.com, natacha.wakilprop@gmail.com, rafaelciarcia@gmail.com, sb7america@gmail.com, and wakilfrigi@gmail.com<br><br>• 20-mj-3134 – Search warrant for Edward.perez362@gmail.com, gahgmaster@gmail.com, guillermohalmoguerag@gmail.com, rodmaros@gmail.com, and velasquezmj62@gmail.com<br><br>• 20-mj-3173 – Search warrant for perezbeicos@gmail.com, tjmarquina@gmail.com<br><br>• 20-mj-3842 – Search warrant for czosorio@hotmail.com |

**Foreign Records Folder (CONFIDENTIAL)**

| Folder | Contents & Description |
|---|---|
| Cayman Islands Records | • Investors Trust Bank Account Records for Naman Wakil, Sergio Caldera, Ingrid Sayegh and for Corporacion de Abastecimiento & Seguridad Agroalimentaria SA, Clively Enterprises Ltd, Doux Frangosul Agro Avicola, Ketel International, and Seguridad Agroalimentaria |
| Panama Records | • Banesco Bank Account Records for HGDA Access |
| Switzerland Records | • Compagnie Bancaire Helvetique Bank Account Records for Ad'Oro SA, All Foods Universal, Atlas Systems, Bolcos Universal, Domar Trading, Driade, Doux Frangosul, Inversora 1A, JA Comercio, Latino America, Michi Foods, Penapolis SA, Swissxer, Unialimentos, Viltas, Vilex, and Naman Wakil / Ingrid Sayegh<br><br>• Societe General Bank Account Records for Naman Wakil, Atlas Systems and Michi Foods |
| Venezuela Records | • CASA contracts and other CASA material for Atlas Systems, Michi Foods, Bolcos Universal and others |

**Grand Jury Productions – Bank Records (CONFIDENTIAL)**

| Folder | Contents & Description |
|---|---|
| DS006_BB&T | • Bank Account Records of Naman Wakil, Ingrid Sayegh, Citation X17, and Wakil Properties LLC |
| DS009_Biscayne Bank | • Bank Account Records of Naman Wakil & Ingrid Sayegh |
| DS010_BOA | • Bank Account Records of Naman Wakil & Ingrid Sayegh |
| DS012_Valley National | • Bank Account Records of Naman Wakil |
| DS037_Mercantil | • Bank Account Records of Constructora Azzurra and Inversora 1A (among others) |
| DS093_Mercantil | • Internal bank records re: Constructora Azzurra and Inversora 1A (among others) |
| DS114_BB&T | • Bank Account Records of Bienes y Servicios and Rhina Alvarez (among others) |
| DS115_BB&T | • Bank Account Records of Bienes y Servicios |
| DS332_Amerant | • Internal Bank Records re: Constructora Azzurra |
| NW_Nodus | • Bank Account Records of Rafael Ciarcia, Juan Frontado, Edward Perez, SRA Servicios, and Venquim |
| NW_BOA | • Bank Account Records of Biodatex and Venquim |
| NW_Citi | • Bank Account Records of Naman Wakil |
| NW_HSBC | • Bank Account Records of Michi Foods |
| NW_Ocean Bank | • Bank Account Records of Ingrid Sayegh |
| NW_Synovus | • Bank Account Records of Naman Wakil (and family members), Wakil Properties LLC and Wakilisimo LLC |
| NW_Truist | • Bank Account Records of Distribuidora Original Rex CA, Importaciones Del Sur Zubierreta, Rixon Rafael moreno, Rosaling Moreno Oropeza, Constructora Masein CA, Stephany Services CA, Power Petropleum de Venezuela |
| NW_00N_Bank of America | • Bank Account Records of Maria Alvarado |
| NW_00Q_Wells Fargo | • Bank Account Records of Wakil Family Members and Wakilisimo LLC |
| NW_00S_Carolina Trust | • Bank Account Records of Naman Wakil & Ingrid Sayegh, Wakilisimo LLC, Wakil Properties LLC, and Azar Aviation |
| NW001_Citibank | • Bank Account Records re: Victor Olivo and Naman Wakil |
| NW002_Citibank | • Bank Account Records of Guillermo Halmoguera and others |
| NW003_BB&T | • Bank Account Records of Obelisk Services Inc, Obelisk Export, Conference Exports, Conference Inc. and Comercializadora Nitas,and others |
| NW004_BB&T | • BSA/AML Files re: Naman Wakil & Ingrid Sayegh |
| NW008_UBS | • Bank Account Records of Naman Wakil |

| Folder | Contents & Description |
|---|---|
| NW014_Citigroup Global Markets Inc. | • Bank Account Records of Carol Gallardo |
| NW015_Citibank | • Bank Account Records of Sergio Caldera, Carol Gallardo, and Johanna Milano |
| NW016_Eastern National | • Bank Account Records of Tay Import & Transvicent |
| NW017_Ocean Bank | • Bank Account Records of Campanarello Properties |
| NW018_WF | • Bank Account Records of Salvador Basmadji and Bass Group USA |
| NW019_BOA | • Bank Account Records of Sergio Caldera |
| NW021_HSBC | • Records re: Victor Olivo |
| NW026_Morgan Stanley | • Bank Account Records re: Naman Wakil & Ingrid Sayegh |
| NW027_Citibank | • Bank Account Records of Bernardo Perez Beicos |
| NW028_HSBC | • Bank Account Records of Domar Trading |
| NW029_Centennial Bank | • Bank Account Records of MYI International (Florida Yachts) |
| NW031-Deutsche Bank | • Correspondent Account Records for Compagnie Bancaire Helvetique |
| NW039_Brickell Bank | • Bank Account Records of Belfast Resources Ltd |
| NW040A_Citibank | • Correspondent Account Records for wires re: CASA |
| NW044_BB&T | • Bank Account Records for Naman Wakil, Citation X17, and Wakil Properties LLC |
| NW045_BOA | • Bank Account Records for Naman Wakil |
| NW048_Biscayne Bank | • Bank Account Records of Franklin Esteves and others |
| NW049_BOA | • Bank Account Records of Carol Gallardo |
| NW050_BOA | • Bank Account Records of Biodatex, Victor Olivo and others |
| NW051_Brickell Bank | • Bank Account Records of Belfast Resources |
| NW02&053_Citibank | • Bank Account Records of Sergio Caldera, Carol Gallardo, and Victor Olivo |
| NW055_WF | • Bank Account Records of Victor Olivo and others |
| NW056_Ocean Bank | • Bank Account Records of Ingrid Sayegh |
| NW057_Barclays | • Bank Account Records of Victor Olivo |
| NW058_BB&T | • Bank Account Records of Conference Inc, Obelisk Services and others |
| NW072_Carolina Trust | • Bank Account Records of Naman Wakil, Wakilisimo, and Wakil Properties |
| NW073_WF | • Bank Account Records of Natacha Blanco |
| NW075_HSBC | • Bank Account Records of Perdigao and Credit Card Records of Naman Wakil |

| Folder | Contents & Description |
|---|---|
| NW077_Bank of America | • Bank Account Records of Edwin Gonzalez and others |
| NW078_BOA | • Bank Account Records of Naman Wakil |
| NW079_AndCapital | • Bank Account Records of Seguridad Agroalimentaria |
| NW080_JPMC | • Bank Account Records of Edwin Gonzalez and others |
| NW081_Citibank | • Bank Account Records of Edwin Gonzalez and others |
| NW082A_HSBC | • Credit Card Records of Bernardo Perez Beicos |
| NW083_PNC | • Bank Account Records of Edwin Gonzalez and others |
| NW086_First Citizens | • Bank Account Records of Franklin Esteves |
| NW088_Interaudi | • Bank Account Records of Bernardo Perez Beicos |
| NW089A_JPMC | • Bank Account Records of Bernardo Perez Beicos |
| NW090_Bank of America | • Bank Account Records of Bernardo Perez Beicos |
| NW091_International Finance Group | • Bank Account Records of Inmaserca Group |
| NW092A_Citibank | • Bank Account Records of Bernardo Perez Beicos |
| NW093A_Wells Fargo | • Bank Account Records of Inmaserca Group |
| NW094A_BB&T | • Bank Account Records of Wakil Properties LLC |
| NW102_Experian | • Records re: Naman Wakil, Ingrid Sayegh, and others |
| NW103_Early Warning | • Records re: Naman Wakil, Ingrid Sayegh, and others |
| NW105_Deutsche Bank | • Records re: Daily Dollar International |
| NW106_BB&T | • Bank Account Records re: Azar Aviation LLC, Wakil Properties LLC, and Wakillisimo LLC |
| NW107_BOA | • Bank Account Records of Naman Wakil, Sergio Caldera, Wakil Properties, Conference Inc, Conference Exports, Obelisk Services, Wakil Properties, and others |
| NW108_Citibank | • Bank Account Records of Guillermo Halmoguera |
| NW108A_Citibank | • Bank Account Records of Guillermo Halmoguera |
| NW109_Wells Fargo | • Bank Account Records of Wakilisimo and Ingrid Sayegh |
| NW110_Merrill Lynch | • Bank Account Records of Sergio Caldera |
| NW115_BOA | • Bank Account Records of Biodatex |
| NW116_Carolina Trust | • Bank Account Records of Azar Aviation, Naman Wakil, Wakilisimo, and Wakil Properties |
| NW117_Ocean Bank | • Bank Account Records of Ingrid Sayegh |
| NW118_WF | • Bank Account Records of Ingrid Sayegh and others |

**Grand Jury Productions – Other Asset Records**

| Folder | Contents & Description |
|---|---|
| NW_Porsche | • Auto Records re: Naman Wakil |
| NW_W Progressive | • Insurance Records re: Naman Wakil |
| NW_X Collection | • Auto Records re: Naman Wakil |
| NW_Z Mercedes Benz | • Auto Records re: Naman Wakil |
| NW_Arnstein & Lehr | • Records re: 18555 Collins Ave, unit 2605 |
| NW_Greenberg & Traurig | • Records re: Grove at Grand Bay, units 402 & 602 |
| NW_022 Grove at Grand Bay | • Records re: Grove at Grand Bay, units 402 & 602 |
| NW_023 KW Property Management & Consulting | • Records re: Reach Condominium, units 2511 & 2911 |
| NW024_First Service Residential | • Records re: 92 SW 2rd Street, units 4806 & 5206 |
| NW042_Robert Adams | • Records re: 1421 Baracona Ave |
| NW061_Nora Echarte | • Records re: 1300 S. Miami, unit 2904 |
| NW062_West Central Legal | • Records re: 888 Brickell Key Dr, unit 1512 |
| NW063A_Rosenthal, Rosenthal, Rasco & Kaplan | • Records re: 1750 S. Bayshore Dr, unit 5614 |
| NW064_Gary Glasser PA | • Records re: 4500/4502 N. Miami Ave |
| NW065_First American Title | • Records re: 18555 Collins Ave, unit 2605 |
| NW066A_Garcia & Xiques | • Records re 3535 Hiawatha Ave, unit 602 |
| NW067_Carrera & Amador | • Records re: 92 SW 3 St, unit 4806 |
| NW068_Fidelity National Title | • Records re: 55 SW. Miami Ave Rd, unit 25C, 26C, 27C |
| NW069_Greenberg & Traurig | • Records re: 1010 Brickell Ave, unit 3509 |
| NW70_Collection | • Auto records re: Naman Wakil |
| NW71_Progressive | • Insurance records re: Naman Wakil |
| NW074_Greenberg & Traurig | • Records re: 2821 S. Bayshore, unit 6A (Sergio Caldera) |
| NW076_Recovco Mortgage Mgmt | • Records re: 2821 S. Bayshore, unit 6A (Sergio Caldera) |

| Folder | Contents & Description |
|---|---|
| NW095A_Northmarq Capital Finance LLC | • Records re NC Properties |
| NW096A_Harbor City Title | • Records re: Ashewood Investors, MRF Ashewood, Foxcroft Investors, and Timber Creek Investors |
| NW097A_Krooth & Altman LLC | • Records re NC Properties |
| NW098_Isaacson Sheridan | • Records re NC Properties |
| NW099_Bellwether Enterprise Mortgage | • Records re: Forrest Ridge Apts, Oakview Terrace, Shipyard Village, Summer Chase, and Timber Creek |
| NW100_Miami Dade County Tax Collector | • Records re: Naman Wakil Properteis |
| NW101_FPL | • Records re: Naman Wakil Properties |
| NW104_Alvaro Castillo & Palm Title | • Records re:<br>18555 Collins Ave 2605<br>400 Sunny Isles Blvd 1619<br>888 Brickell Key Drive 607 & 1512<br>92 SW 3 Street 1706, 3906, 4806 & 5206<br>Mint Condo, 5006<br>68 SE 6th Street, 2911<br>120 SW 8 Street<br>6700 Indian Creek, units 1205 & 1505<br>951 Brickell Ave, units 2501 & 3010<br>495 Brickell Ave, unit 1001<br>2201 Brickell Ave unit 74<br>4500-4510 N. Miami Ave<br>2675 S. Bayshore Drive, 402 & 602<br>848 Brickell Key Drive, 1806 & 4104<br>3535 Hiawatha Ave 602<br>6700 Indian Creek Drive, 1104, 1205, & 1505<br>1010 Brickell Ave, units 3509, 4710, 4610, & 4310 |
| NW111_Leopold Korn | • Records re: 6700 Indian Creek Dr, unit 1205 |
| NW112_First American Title Insurance | • Records re 68 SE 6 Street, 2911 |
| NW113_Chicago Title | • Records re: 1010 Brickell |

**Spreadsheets**

| Folder | Contents & Description |
|---|---|
| Spreadsheets | • A. Aguilar & C. Gallardo – BOA |
| | • AA Total Solutions – BB&T |
| | • Accounts Combined-Wakil |

| Folder | Contents & Description |
|---|---|
| | • Ad'oro – CBH |
| | • All Food Universal – CBH |
| | • Atlas Systems – CBH |
| | • Atlas Systems – SocGen |
| | • Biodatex – BOA |
| | • CBH Combined Accounts |
| | • Citation X17 – BB&T |
| | • Comercializadora Nitas – BB&T |
| | • Conference Exports – BOA |
| | • Conference Inc – BB&T |
| | • Conference Inc – BOA |
| | • Constructora Azzurra – Mercantil |
| | • Doux Frangosul – CBH |
| | • Grupo Empresarial – BB&T |
| | • Grupo Empresarial Inmaserca – BB&T |
| | • Guillermo Halmoguera – BB&T |
| | • Guillermo Halmoguera – BB&T |
| | • Guillermo Halmoguera – Citibank |
| | • Guillermo Halmoguera – Citibank |
| | • Guillermo Halmoguera – Citibank |
| | • Ingrid Sayegh – Ocean |
| | • Inmaserca Group – Wells Fargo |
| | • Inversora 1A – CBH |
| | • Inversora 1A – Mercantil |
| | • JA Comercio – CBH |
| | • Kelvinator – Citibank |
| | • Latino America – CBH |
| | • Michi Foods – CBH |
| | • Michi Foods – SocGen |
| | • N. Wakil – CBH |
| | • N. Wakil – SocGen |
| | • N. Wakil & I. Sayegh – BB&T |
| | • N. Wakil & I. Sayegh – BB&T |
| | • N. Wakil & I. Sayegh – Biscayne |
| | • N. Wakil & I. Sayegh – BOA |
| | • N. Wakil & I. Sayegh – BOA |
| | • N. Wakil & I. Sayegh – Citibank |
| | • N. Wakil & I. Sayegh – Morgan Stanley |
| | • N. Wakil & I. Sayegh – Morgan Stanley |
| | • N. Wakil – CBH |
| | • N. Wakil – SocGen |
| | • N. Wakil & T. Azar – Carolina Trust |

| Folder | Contents & Description |
|---|---|
| | • N. Wakil – UBS |
| | • N. Wakil – Valley National |
| | • Obelisk Export – BB&T |
| | • Obelisk Services – BB&T |
| | • Obelisk Services – BOA |
| | • Pride Chemicals – BOA |
| | • Real Property Summaries – Wakil |
| | • S. Caldera & C. Gallardo – BOA |
| | • S. Caldera & C. Gallardo – BOA |
| | • Uni-Alimentos – CBH |
| | • Viltas – CBH |
| | • Wakil Properties – BB&T |
| | • Wakil Properties – BOA |
| | • Wakil Properties – BOA |
| | • Wakil Properties – BOA |
| | • Wakil Properties – Carolina Trust |
| | • Wakilisimo – Carolina Trust |

**Travel History & NCIC (CONFIDENTIAL)**

| Folder | Contents & Description |
|---|---|
| Travel History & NCIC | • Spreadsheet of travel of A.V. |
| | • Spreadsheet of travel of O.R. |
| | • Spreadsheet of travel of Y.V. & M.A. (Spouse Travel) |
| | • Spreadsheet of travel of Naman Wakil |
| | • NCIC of Naman Wakil |

## <u>CERTIFICATE OF SERVICE</u>

    **I HEREBY CERTIFY** that a true and correct copy of the attached was filed using CM/ECF and will be delivered to counsel for Naman Wakil at the address below:

Law Office of Stephen James Binhak
1221 Brickell Avenue, Unit 2010
Miami, FL 33131
305-361-5500


s/Michael N. Berger
Assistant United States Attorney