UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20406-KMW

UNITED STATES OF AMERICA

vs.

**NAMAN WAKIL,**

      **Defendant.**
_____/

## UNITED STATES SECOND RESPONSE TO THE STANDING DISCOVERY ORDER

      The United States hereby files this second response to the Standing Discovery Order (the "Second Response"). This response consists of the following materials as outlined in further detail in the attached index on page 11: court filings (*ex parte* order), grand jury productions (bank records), grand jury transcripts of witness statements, records from an MLAT (bank records from Switzerland), report of expert witness on Venezuelan law, reports of witness interviews, U.S. visa applications of various individuals, and documents provided by witnesses. We write in the Second Response to clarify from the initial response that the Government may introduce an expert witnesses related to Venezuelan law and an explanation of its prohibition on bribery / corruption.

      Please find attached to this response an index with a production log setting forth the documents being produced.

      Respectfully submitted,

      JUAN ANTONIO GONZALEZ
      UNITED STATES ATTORNEY

By:  s/Michael N. Berger
     MICHAEL N. BERGER
     Assistant United States Attorney
     Court No. A5501557
     99 Northeast 4th Street
     Miami, Florida 33132-2111
     Tel: (305) 961-9445
     Fax: (305) 536-4699

**Discovery Index -- United States v. Naman Wakil, 21-20406-CR-KMW (First Response to Standing Discovery Order)**

**Email Production (CONFIDENTIAL)**

| Folder | Description | Bates Range |
|---|---|---|
| | Search warrant returns for:<br><br>• 19-MJ-9748 – Accounts of originalrexca@gmail.com and rex21087@gmail.com;<br><br>• 20-MJ-3134 – Accounts of Edward.perez362@gmail.com, gahgmaster@gmail.com, guillermohalguerag@gmail.com, rodmaros@gmail.com, and velasquezmj62@gmail.com | GEM-S-00000001 – GEM-S-00170103 |
| | Search warrant returns for:<br><br>• 20-MJ-2146 – Accounts of aavadis@gmail.com, natacha.wakilprop@gmail.com, rafaelciarcia@gmail.com, sb7america@gmail.com, and wakilfrigi@gmail.com<br><br>• 20-MJ-3134 – Accounts of Edward.perez362@gmail.com, gahgmaster@gmail.com, guillermohalmoguerag@gmail.com, rodmaros@gmail.com, velasquezmj62@gmail.com<br><br>• 20-MJ-3842 – Account of czosorio@hotmail.com | GEM-00000001 – GEM-00564195<br><br>GEM-00564196 – GEM-01166898<br><br>MED-00000001 – MED-00015086 |

**Search Warrants Folder**

| Folder | Contents & Description |
|---|---|
| Search Warrants | • 19-mj-9748 – Search warrant for originalrexca@gmail.com & rex210875@gmail.com<br><br>• 20-mj-2146 – Search warrant for aavadis@gmail.com, natacha.wakilprop@gmail.com, rafaelciarcia@gmail.com, sb7america@gmail.com, and wakilfrigi@gmail.com<br><br>• 20-mj-3134 – Search warrant for Edward.perez362@gmail.com, gahgmaster@gmail.com, guillermohalmoguerag@gmail.com, rodmaros@gmail.com, and velasquezmj62@gmail.com<br><br>• 20-mj-3173 – Search warrant for perezbeicos@gmail.com, tjmarquina@gmail.com<br><br>• 20-mj-3842 – Search warrant for czosorio@hotmail.com |

**Foreign Records Folder (CONFIDENTIAL)**

| Folder | Contents & Description |
|---|---|
| Cayman Islands Records | • Investors Trust Bank Account Records for Naman Wakil, Sergio Caldera, Ingrid Sayegh and for Corporacion de Abastecimiento & Seguridad Agroalimentaria SA, Clively Enterprises Ltd, Doux Frangosul Agro Avicola, Ketel International, and Seguridad Agroalimentaria |
| Panama Records | • Banesco Bank Account Records for HGDA Access |
| Switzerland Records | • Compagnie Bancaire Helvetique Bank Account Records for Ad'Oro SA, All Foods Universal, Atlas Systems, Bolcos Universal, Domar Trading, Driade, Doux Frangosul, Inversora 1A, JA Comercio, Latino America, Michi Foods, Penapolis SA, Swissxer, Unialimentos, Viltas, Vilex, and Naman Wakil / Ingrid Sayegh<br><br>• Societe General Bank Account Records for Naman Wakil, Atlas Systems and Michi Foods |
| Venezuela Records | • CASA contracts and other CASA material for Atlas Systems, Michi Foods, Bolcos Universal and others |

**Grand Jury Productions – Bank Records (CONFIDENTIAL)**

| Folder | Contents & Description |
|---|---|
| DS006_BB&T | • Bank Account Records of Naman Wakil, Ingrid Sayegh, Citation X17, and Wakil Properties LLC |
| DS009_Biscayne Bank | • Bank Account Records of Naman Wakil & Ingrid Sayegh |
| DS010_BOA | • Bank Account Records of Naman Wakil & Ingrid Sayegh |
| DS012_Valley National | • Bank Account Records of Naman Wakil |
| DS037_Mercantil | • Bank Account Records of Constructora Azzurra and Inversora 1A (among others) |
| DS093_Mercantil | • Internal bank records re: Constructora Azzurra and Inversora 1A (among others) |
| DS114_BB&T | • Bank Account Records of Bienes y Servicios and Rhina Alvarez (among others) |
| DS115_BB&T | • Bank Account Records of Bienes y Servicios |
| DS332_Amerant | • Internal Bank Records re: Constructora Azzurra |
| NW_Nodus | • Bank Account Records of Rafael Ciarcia, Juan Frontado, Edward Perez, SRA Servicios, and Venquim |
| NW_BOA | • Bank Account Records of Biodatex and Venquim |
| NW_Citi | • Bank Account Records of Naman Wakil |
| NW_HSBC | • Bank Account Records of Michi Foods |
| NW_Ocean Bank | • Bank Account Records of Ingrid Sayegh |
| NW_Synovus | • Bank Account Records of Naman Wakil (and family members), Wakil Properties LLC and Wakilisimo LLC |
| NW_Truist | • Bank Account Records of Distribuidora Original Rex CA, Importaciones Del Sur Zubierreta, Rixon Rafael moreno, Rosaling Moreno Oropeza, Constructora Masein CA, Stephany Services CA, Power Petropleum de Venezuela |
| NW_00N_Bank of America | • Bank Account Records of Maria Alvarado |
| NW_00Q_Wells Fargo | • Bank Account Records of Wakil Family Members and Wakilisimo LLC |
| NW_00S_Carolina Trust | • Bank Account Records of Naman Wakil & Ingrid Sayegh, Wakilisimo LLC, Wakil Properties LLC, and Azar Aviation |
| NW001_Citibank | • Bank Account Records re: Victor Olivo and Naman Wakil |
| NW002_Citibank | • Bank Account Records of Guillermo Halmoguera and others |
| NW003_BB&T | • Bank Account Records of Obelisk Services Inc, Obelisk Export, Conference Exports, Conference Inc. and Comercializadora Nitas, and others |
| NW004_BB&T | • BSA/AML Files re: Naman Wakil & Ingrid Sayegh |
| NW008_UBS | • Bank Account Records of Naman Wakil |

| Folder | Contents & Description |
|---|---|
| NW014_Citigroup Global Markets Inc. | • Bank Account Records of Carol Gallardo |
| NW015_Citibank | • Bank Account Records of Sergio Caldera, Carol Gallardo, and Johanna Milano |
| NW016_Eastern National | • Bank Account Records of Tay Import & Transvicent |
| NW017_Ocean Bank | • Bank Account Records of Campanarello Properties |
| NW018_WF | • Bank Account Records of Salvador Basmadji and Bass Group USA |
| NW019_BOA | • Bank Account Records of Sergio Caldera |
| NW021_HSBC | • Records re: Victor Olivo |
| NW026_Morgan Stanley | • Bank Account Records re: Naman Wakil & Ingrid Sayegh |
| NW027_Citibank | • Bank Account Records of Bernardo Perez Beicos |
| NW028_HSBC | • Bank Account Records of Domar Trading |
| NW029_Centennial Bank | • Bank Account Records of MYI International (Florida Yachts) |
| NW031-Deutsche Bank | • Correspondent Account Records for Compagnie Bancaire Helvetique |
| NW039_Brickell Bank | • Bank Account Records of Belfast Resources Ltd |
| NW040A_Citibank | • Correspondent Account Records for wires re: CASA |
| NW044_BB&T | • Bank Account Records for Naman Wakil, Citation X17, and Wakil Properties LLC |
| NW045_BOA | • Bank Account Records for Naman Wakil |
| NW048_Biscayne Bank | • Bank Account Records of Franklin Esteves and others |
| NW049_BOA | • Bank Account Records of Carol Gallardo |
| NW050_BOA | • Bank Account Records of Biodatex, Victor Olivo and others |
| NW051_Brickell Bank | • Bank Account Records of Belfast Resources |
| NW02&053_Citibank | • Bank Account Records of Sergio Caldera, Carol Gallardo, and Victor Olivo |
| NW055_WF | • Bank Account Records of Victor Olivo and others |
| NW056_Ocean Bank | • Bank Account Records of Ingrid Sayegh |
| NW057_Barclays | • Bank Account Records of Victor Olivo |
| NW058_BB&T | • Bank Account Records of Conference Inc, Obelisk Services and others |
| NW072_Carolina Trust | • Bank Account Records of Naman Wakil, Wakilisimo, and Wakil Properties |
| NW073_WF | • Bank Account Records of Natacha Blanco |
| NW075_HSBC | • Bank Account Records of Perdigao and Credit Card Records of Naman Wakil |

| Folder | Contents & Description |
|---|---|
| NW077_Bank of America | • Bank Account Records of Edwin Gonzalez and others |
| NW078_BOA | • Bank Account Records of Naman Wakil |
| NW079_AndCapital | • Bank Account Records of Seguridad Agroalimentaria |
| NW080_JPMC | • Bank Account Records of Edwin Gonzalez and others |
| NW081_Citibank | • Bank Account Records of Edwin Gonzalez and others |
| NW082A_HSBC | • Credit Card Records of Bernardo Perez Beicos |
| NW083_PNC | • Bank Account Records of Edwin Gonzalez and others |
| NW086_First Citizens | • Bank Account Records of Franklin Esteves |
| NW088_Interaudi | • Bank Account Records of Bernardo Perez Beicos |
| NW089A_JPMC | • Bank Account Records of Bernardo Perez Beicos |
| NW090_Bank of America | • Bank Account Records of Bernardo Perez Beicos |
| NW091_International Finance Group | • Bank Account Records of Inmaserca Group |
| NW092A_Citibank | • Bank Account Records of Bernardo Perez Beicos |
| NW093A_Wells Fargo | • Bank Account Records of Inmaserca Group |
| NW094A_BB&T | • Bank Account Records of Wakil Properties LLC |
| NW102_Experian | • Records re: Naman Wakil, Ingrid Sayegh, and others |
| NW103_Early Warning | • Records re: Naman Wakil, Ingrid Sayegh, and others |
| NW105_Deutsche Bank | • Records re: Daily Dollar International |
| NW106_BB&T | • Bank Account Records re: Azar Aviation LLC, Wakil Properties LLC, and Wakillisimo LLC |
| NW107_BOA | • Bank Account Records of Naman Wakil, Sergio Caldera, Wakil Properties, Conference Inc, Conference Exports, Obelisk Services, Wakil Properties, and others |
| NW108_Citibank | • Bank Account Records of Guillermo Halmoguera |
| NW108A_Citibank | • Bank Account Records of Guillermo Halmoguera |
| NW109_Wells Fargo | • Bank Account Records of Wakilisimo and Ingrid Sayegh |
| NW110_Merrill Lynch | • Bank Account Records of Sergio Caldera |
| NW115_BOA | • Bank Account Records of Biodatex |
| NW116_Carolina Trust | • Bank Account Records of Azar Aviation, Naman Wakil, Wakilisimo, and Wakil Properties |
| NW117_Ocean Bank | • Bank Account Records of Ingrid Sayegh |
| NW118_WF | • Bank Account Records of Ingrid Sayegh and others |

**Grand Jury Productions – Other Asset Records**

| Folder | Contents & Description |
|---|---|
| NW_Porsche | • Auto Records re: Naman Wakil |
| NW_W Progressive | • Insurance Records re: Naman Wakil |
| NW_X Collection | • Auto Records re: Naman Wakil |
| NW_Z Mercedes Benz | • Auto Records re: Naman Wakil |
| NW_Arnstein & Lehr | • Records re: 18555 Collins Ave, unit 2605 |
| NW_Greenberg & Traurig | • Records re: Grove at Grand Bay, units 402 & 602 |
| NW_022 Grove at Grand Bay | • Records re: Grove at Grand Bay, units 402 & 602 |
| NW_023 KW Property Management & Consulting | • Records re: Reach Condominium, units 2511 & 2911 |
| NW024_First Service Residential | • Records re: 92 SW 2rd Street, units 4806 & 5206 |
| NW042_Robert Adams | • Records re: 1421 Baracona Ave |
| NW061_Nora Echarte | • Records re: 1300 S. Miami, unit 2904 |
| NW062_West Central Legal | • Records re: 888 Brickell Key Dr, unit 1512 |
| NW063A_Rosenthal, Rosenthal, Rasco & Kaplan | • Records re: 1750 S. Bayshore Dr, unit 5614 |
| NW064_Gary Glasser PA | • Records re: 4500/4502 N. Miami Ave |
| NW065_First American Title | • Records re: 18555 Collins Ave, unit 2605 |
| NW066A_Garcia & Xiques | • Records re 3535 Hiawatha Ave, unit 602 |
| NW067_Carrera & Amador | • Records re: 92 SW 3 St, unit 4806 |
| NW068_Fidelity National Title | • Records re: 55 SW. Miami Ave Rd, unit 25C, 26C, 27C |
| NW069_Greenberg & Traurig | • Records re: 1010 Brickell Ave, unit 3509 |
| NW70_Collection | • Auto records re: Naman Wakil |
| NW71_Progressive | • Insurance records re: Naman Wakil |
| NW074_Greenberg & Traurig | • Records re: 2821 S. Bayshore, unit 6A (Sergio Caldera) |
| NW076_Recovco Mortgage Mgmt | • Records re: 2821 S. Bayshore, unit 6A (Sergio Caldera) |

7

| Folder | Contents & Description |
|---|---|
| NW095A_Northmarq Capital Finance LLC | • Records re NC Properties |
| NW096A_Harbor City Title | • Records re: Ashewood Investors, MRF Ashewood, Foxcroft Investors, and Timber Creek Investors |
| NW097A_Krooth & Altman LLC | • Records re NC Properties |
| NW098_Isaacson Sheridan | • Records re NC Properties |
| NW099_Bellwether Enterprise Mortgage | • Records re: Forrest Ridge Apts, Oakview Terrace, Shipyard Village, Summer Chase, and Timber Creek |
| NW100_Miami Dade County Tax Collector | • Records re: Naman Wakil Properteis |
| NW101_FPL | • Records re: Naman Wakil Properties |
| NW104_Alvaro Castillo & Palm Title | • Records re:<br>18555 Collins Ave 2605<br>400 Sunny Isles Blvd 1619<br>888 Brickell Key Drive 607 & 1512<br>92 SW 3 Street 1706, 3906, 4806 & 5206<br>Mint Condo, 5006<br>68 SE 6th Street, 2911<br>120 SW 8 Street<br>6700 Indian Creek, units 1205 & 1505<br>951 Brickell Ave, units 2501 & 3010<br>495 Brickell Ave, unit 1001<br>2201 Brickell Ave unit 74<br>4500-4510 N. Miami Ave<br>2675 S. Bayshore Drive, 402 & 602<br>848 Brickell Key Drive, 1806 & 4104<br>3535 Hiawatha Ave 602<br>6700 Indian Creek Drive, 1104, 1205, & 1505<br>1010 Brickell Ave, units 3509, 4710, 4610, & 4310 |
| NW111_Leopold Korn | • Records re: 6700 Indian Creek Dr, unit 1205 |
| NW112_First American Title Insurance | • Records re 68 SE 6 Street, 2911 |
| NW113_Chicago Title | • Records re: 1010 Brickell |

**Spreadsheets**

| Folder | Contents & Description |
|---|---|
| Spreadsheets | • A. Aguilar & C. Gallardo – BOA<br>• AA Total Solutions – BB&T<br>• Accounts Combined-Wakil |

8

| Folder | Contents & Description |
|---|---|
| | - Ad'oro – CBH |
| | - All Food Universal – CBH |
| | - Atlas Systems – CBH |
| | - Atlas Systems – SocGen |
| | - Biodatex – BOA |
| | - CBH Combined Accounts |
| | - Citation X17 – BB&T |
| | - Comercializadora Nitas – BB&T |
| | - Conference Exports – BOA |
| | - Conference Inc – BB&T |
| | - Conference Inc – BOA |
| | - Constructora Azzurra – Mercantil |
| | - Doux Frangosul – CBH |
| | - Grupo Empresarial – BB&T |
| | - Grupo Empresarial Inmaserca – BB&T |
| | - Guillermo Halmoguera – BB&T |
| | - Guillermo Halmoguera – BB&T |
| | - Guillermo Halmoguera – Citibank |
| | - Guillermo Halmoguera – Citibank |
| | - Guillermo Halmoguera – Citibank |
| | - Ingrid Sayegh – Ocean |
| | - Inmaserca Group – Wells Fargo |
| | - Inversora 1A – CBH |
| | - Inversora 1A – Mercantil |
| | - JA Comercio – CBH |
| | - Kelvinator – Citibank |
| | - Latino America – CBH |
| | - Michi Foods – CBH |
| | - Michi Foods – SocGen |
| | - N. Wakil – CBH |
| | - N. Wakil – SocGen |
| | - N. Wakil & I. Sayegh – BB&T |
| | - N. Wakil & I. Sayegh – BB&T |
| | - N. Wakil & I. Sayegh – Biscayne |
| | - N. Wakil & I. Sayegh – BOA |
| | - N. Wakil & I. Sayegh – BOA |
| | - N. Wakil & I. Sayegh – Citibank |
| | - N. Wakil & I. Sayegh – Morgan Stanley |
| | - N. Wakil & I. Sayegh – Morgan Stanley |
| | - N. Wakil – CBH |
| | - N. Wakil – SocGen |
| | - N. Wakil & T. Azar – Carolina Trust |

| Folder | Contents & Description |
|---|---|
| | - N. Wakil – UBS
- N. Wakil – Valley National
- Obelisk Export – BB&T
- Obelisk Services – BB&T
- Obelisk Services – BOA
- Pride Chemicals – BOA
- Real Property Summaries – Wakil
- S. Caldera & C. Gallardo – BOA
- S. Caldera & C. Gallardo – BOA
- Uni-Alimentos – CBH
- Viltas – CBH
- Wakil Properties – BB&T
- Wakil Properties – BOA
- Wakil Properties – BOA
- Wakil Properties – BOA
- Wakil Properties – Carolina Trust
- Wakilisimo – Carolina Trust |

**Travel History & NCIC (CONFIDENTIAL)**

| Folder | Contents & Description |
|---|---|
| Travel History & NCIC | - Spreadsheet of travel of A.V.
- Spreadsheet of travel of O.R.
- Spreadsheet of travel of Y.V. & M.A. (Spouse Travel)
- Spreadsheet of travel of Naman Wakil
- NCIC of Naman Wakil |

**Discovery Index -- United States v. Naman Wakil, 21-20406-CR-KMW (Second Response to Standing Discovery Order)**

| Folder | Contents & Description |
|---|---|
| Court Filings | - *Ex Parte* Application & Order |
| GJ Productions | - DS13 – Bank account records of Kelvinator Group Int'l and Naman Wakil / Ingrid Sayegh |
| GJ Transcripts | - GJ Transcripts of Witnesses |
| MLAT Response | - Switzerland 2022-01-05<br>   o   Banca Credinvest Records of Viltas & Trolan<br>   o   Banque Pictet Records of Naman Wakil<br>   o   Compagnie Bancaire Helvetique Records of Trolan Enterprises<br>   o   Reyl & Cie Records of Naman Wakil<br>- Switzerland 2022-03-01<br>   o   Banque Pictet Records of Naman Wakil |
| Report | - Expert Report of Venezuelan Law by Manuel Gomez<br>   o   Venezuelan Official Gazette 5.637 (and translation)<br>   o   Venezuelan Official Gazette 6.155 (and translation) |
| ROIs | - ROIs of witnesses |
| Visa Apps | - Visa Applications of:<br>   o   Sergio Caldera Garcia<br>   o   Edward Perez Santaella<br>   o   Anibal Velasquez Marcano<br>   o   Oscar Jose Rodriguez |
| Witness Documents | - Documents provided by witnesses |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the attached was filed using CM/ECF and will be delivered to counsel for Naman Wakil at the address below:

Jacqueline Perczek
Black Srebnick Kornspan & Stumpf
201 S. Biscayne Blvd
Suite 1300
Miami, FL 33131
Tel: 305-371-6421

s/Michael N. Berger
Assistant United States Attorney
