UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20406-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NAMAN WAKIL,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation on Defendant's Motion to Dismiss Indictment (DE 64). In the Report (DE 94), Magistrate Judge Reid recommends that the Court deny Defendant's Motion to Dismiss Indictment. Defendant filed Objections to the Report (DE 97), to which Plaintiff filed a Response (DE 98) and Defendant filed a Reply (DE 99).

Having carefully reviewed the Report, Objections, Response and Reply along with the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 94) is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion to Dismiss Indictment (DE 64) is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>10th</u> day of April 2023.

KATHLEEN M. WILLIAMS
U.S. DISTRICT COURT JUDGE

Copy: Counsel of Record